# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| First Mercury Insurance Company, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Titanium Builders, LLC, )<br>)<br>Defendant. ) | **ORDER RE ADMISSION PRO HAC VICE**<br><br>Case No. 1:17-cv-018 |

Auburn Ridge Associates, LLC ("Auburn Ridge") is seeking leave to intervene as a party defendant in this matter. Before the court are motions for attorneys Stella Szantova Giordano and Edwin L. Doernberger to appear *pro hac vice* on behalf of Auburn Ridge. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Stella Szantova Giordano and Edwin L. Doernberger have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions to appear *pro hac vice* on behalf of Auburn Ridge (Docket Nos. 18 and 19 ) are **GRANTED**. Attorneys Stella Szantova Giordano and Edwin L. Doernberger are a is admitted to practice before this court in the above-entitled action on behalf of the Auburn Ridge.

**IT IS SO ORDERED.**

Dated this 17th day of April, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge