# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| First Mercury Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Titanium Builders, LLC, and Auburn Ridge Associates, LLC, | ) ) | Case No. 1:17-cv-018 |
| | ) | |
| Defendants. | ) | |

The court shall conduct a status conference in the above-entitled action by telephone on February 28, 2018, at 1:30 p.m. CST. To participate in the conference call, the parties should call the following number and enter the access code:

Tel. No.: (877) 848-7030
Access Code: 9768929

**IT IS SO ORDERED.**

Dated this 21st day of February, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Charles S. Miller, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr., Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court